# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| TYMON L. DAVIS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 7:22-cv-1432-AMM-HNJ |
| GREG CARR, et al., | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

The Magistrate Judge entered a report on March 13, 2024, recommending the dismissal of this action without prejudice for lack of prosecution. Doc. 9. Although the Magistrate Judge advised Mr. Davis of his right to file specific written objections within fourteen days, the court has not received any objections.[1]

After careful consideration of the record in this case and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court **ORDERS** this action be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

Costs are taxed to the plaintiff.

---

[1] On March 25, 2024, the postal service returned the Report and Recommendation as undeliverable with a notation "insufficient address." Doc. 10 at 1. The Clerk of Court re-served the Report and Recommendation on Mr. Davis at the Kilby Correctional Facility and included his AIS number in the address. *See* Doc. 12 at 2. The postal service returned the re-served Report and Recommendation as undeliverable on April 3, 2024. Doc. 12. The court does not have an alternative address for Mr. Davis.

For information on the cost of appeal, see the attached notice.

**DONE** and **ORDERED** this 4th day of April, 2024.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE

**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith                                                                                  In Replying Give Number
Clerk of Court                                                                                  of Case and Names of Parties

## NOTICE TO PRISONERS CONCERNING CIVIL APPEALS

The Prison Litigation Reform Act of 1995 (effective April 26, 1996) now **REQUIRES** that <u>all</u> prisoners pay the Court's $600 docket fee plus $5 filing fee (for a total of $605) when appealing any civil judgment.

If you wish to appeal in a civil case that Act now **requires** that upon filing a notice of appeal you *either*:

(1) Pay the total $605 fee to the clerk of the district court from which this case arose; *or*

(2) arrange to have a prison official certify to the district court from which the appeal arose the <u>average</u> monthly deposits and balances in your prison account for each of the six months preceding the filing of a notice of appeal.

If you proceed with option (2) above, the Act requires that the district court order you to pay an *initial partial fee* of at least 20% of the **greater** of either the <u>average</u> monthly deposits or of the <u>average</u> monthly balances shown in your prison account. The remainder of the total $605 fee will thereafter be deducted from your prison account each month that your account balance exceeds $10. Each such monthly deduction shall equal 20% of all deposits to your prison account during the previous month, until the total $605 fee is paid. (If your prison account statement shows that you cannot pay even the required *initial partial fee*, your appeal may nevertheless proceed, BUT THE TOTAL $605 FEE WILL BE ASSESSED AGAINST AND WILL BE DEDUCTED FROM FUTURE DEPOSITS TO YOUR PRISON ACCOUNT.)

Fees are not refundable, regardless of outcome, and deductions from your prison account will continue until the total $605 fee is collected, even if an appeal is unsuccessful.

David J. Smith
Clerk of Court

PLRA Notice